RECEIVED
JUN 12 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TERRY J. COLLEY | CIVIL ACTION 1:16-CV-01631 |
| VERSUS | JUDGE DRELL |
| DR. DANDAN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Colley's Motion to Dismiss Joint Stipulation of Dismissal (Doc. 26) and Motion to Vacate Judgment of Dismissal (Doc. 27) are denied.

In so ruling we note an abject attempt by Mr. Colley to misrepresent what occurred in this instance. The record in no way supports the allegations in his motion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 12th day of June, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE